8/3/2015 SCANNED Page 1

No. 416-82238-2014
416-82237-2014
416-82236-2014

| The State of Texas | § | In the ___4th___ Court |
| | § | |
| v. | § | of |
| | § | |
| Danny Richard Minor | § | Collin County, Texas |
| Defendant | § | |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
9/1/2015 3:11:53 PM
LISA MATZ
Clerk

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☒ is not a plea-bargain case, and the defendant has the right of appeal. [or]

☑ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, and the defendant has NO right of appeal. [or]

☐ the defendant has waived the right of appeal.

SIGNED THIS _____ day of _____ JUL 31 2015 _____, 20____.

_____
JUDGE PRESIDING

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. TEX. R. APP. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

| | |
|---|---|
| _____ | _____ |
| Defendant | Defendant's Attorney |
| Printed Name: Danny Richard Minor | Printed Name: William R. Schultz |
| Address: _____ | State Bar No.: _____ |
| _____ | Address: 2101 Bruggg Cr. |
| | Plano, TX 75025 |
| Telephone No.: _____ | Telephone No.: _____ |
| Fax No. (if any): _____ | Fax No. (if any): _____ |

*"A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case—that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant—a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).